---

ANTOINE FULLER, SARAI FULLER,
EMMANUEL FULLER, & S.F.,

       Plaintiffs,

v.                                               Case No. 24-cv-1131

CITY OF MILWAUKEE,
JUSTIN SCHWARZHUBER,
JOEL BANDKOWSKI,
MEGAN BROADNAX,
JULIANA NAILEN,
ALEXANDER DEY,
SETH EDWARDS,
STEPHON ROBY,
ADAM RUSCH,
CAMERON SCOTT,
ARNISHA THOMAS,
ERIN TULLY,
& WYNALD WILLIAMSON,

       Defendants.

---

## JOINT CIVIL L.R. 7(h) MOTION TO STAY PLEADING DEADLINES

---

NOW COME the Plaintiffs, by their counsel, Attorney R. Rick Resch, and the Defendant, the City of Milwaukee, by counsel, Evan C. Goyke, City Attorney, by William Hotchkiss, Assistant City Attorney, hereby move this Honorable Court pursuant to Civil L.R. 7(h) for an order staying pleading deadlines, based on the following grounds:

On September 5, 2024, Plaintiff filed the Complaint in the above-captioned case. The City of Milwaukee has been served with the complaint. Service of the complaint to the remaining defendants is ongoing. The parties have been working together diligently. In the interests of judicial economy and avoiding confusion that comes with having different deadlines for different

defendants, the parties respectfully request that the court stay the responsive pleading deadline concerning Defendant City of Milwaukee, and all other named defendants, until 21 days after all named parties have been served.

Dated at Milwaukee, Wisconsin this 1st day of October, 2024.


Date: October 1, 2024

s/R. Rick Resch
R. RICK RESCH
State Bar No. 1117722
STRANG BRADLEY, LLC
613 Williamson Street, Suite 204
Madison, WI 53703
Phone: 608-535-1550
Email: Rick@StrangBradley.com
*Attorney for Plaintiffs*


Date: October 1, 2024

EVAN C. GOYKE
City Attorney

s/William Hotchkiss
WILLIAM HOTCHKISS
State Bar No. 1112878
Assistant City Attorney
*Attorney for Defendant*
*City of Milwaukee*

ADDRESS:
800 City Hall
200 East Wells Street
Milwaukee, WI 53202
(414) 286-2601
Email: whotch@milwaukee.gov

1032-2024-1563:293797