UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ANTOINE FULLER, *ET AL*,

        Plaintiffs,

                                Case No. 24-cv-1131-pp

    v.

CITY OF MILWAUKEE, *ET AL*,

        Defendants.

---

**SCHEDULING ORDER**

---

The court has held a Rule 16 scheduling conference and adopts the agreed-to schedule in this order.

The court strongly encourages parties to begin considering settlement early in the case. There are five magistrate judges in the Eastern District—three active and two recalled—all of whom are experienced mediators and who are willing and able to conduct a mediation via videoconference. If the parties decide at any point that they would like to utilize a magistrate judge to facilitate mediation, they may request the appointment of a mediator by either calling chambers—with all parties on the line—or by filing a joint motion or stipulation. The court will refer the case to a magistrate judge as soon as possible after receiving such a request.

Parties who need a protective order must use the boilerplate order template located in the appendix to the Eastern District's local rules, available at www.wied.uscourts.gov/local-rules-and-orders. If the parties cannot use the

1

boilerplate order or must deviate from the order, they must inform the court—

and provide their reason(s)—in their motion for protective order. The court will

not sign protective orders that contain provisions that purport to bind the court

to place documents under seal. Seventh Circuit law requires the parties to file

a separate motion to seal, and to state cause; it is not sufficient for the parties

to state as cause that they have agreed that a document should be sealed

because of an agreed protective order.

The court encourages parties to visit the court's home page on the

Eastern District web site—www.wied.uscourts.gov/judge/pamela-pepper—for

practice tips.

In accordance with the parties' Rule 26(f) plan, the court **ORDERS** the

following:

The parties shall exchange their Rule 26(a)(1) disclosures by the end of

the day on March 24, 2025.

Parties wishing to amend pleadings or join parties without leave of the

court shall do so no later than the end of the day on April 7, 2025.

The parties shall disclose the identities of proponent expert witnesses

along with reports and supporting documentation, no later than the end of the

day on June 6, 2025.

The parties shall disclose the identities of responsive expert witnesses,

along with reports and supporting documentation, no later than the end of the

day on July 11, 2025.

The parties shall complete all discovery no later than the end of the day on September 15, 2025.

A party wishing to file dispositive motions and/or <u>Daubert</u> motions must do so by the end of the day on October 17, 2025. The response and reply deadlines mandated by Civil Local Rules 7 and 56 (E.D. Wis.) shall apply. The parties shall file a joint status report by October 17, 2025 if they choose not to file a dispositive motion.

The court will not set dates for the final pretrial conference or the trial until dispositive motions have been decided.

The court **ORDERS** that when any party files proposed findings of fact, and responses or replies thereto, the party shall e-mail a Word version of those proposed facts to PepperPO@wied.uscourts.gov.

Dated in Milwaukee, Wisconsin this 7th day of April, 2025.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**

3